PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

**5:22-CV-104**

"Imminent Risk, And Threat of Serious Physical Harm & Injury" Life Endangerment

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

**FILED**
April 28, 2022
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

Marcus D. Woodson #79520
Plaintiff's Name and ID Number

Lubbock County Detention Center
Place of Confinement

CASE NO. _____
(Clerk will assign the number)

V.
① Lubbock County, officially And individually
② Well Path Medical Services, individually
Defendant's Name and Address
③ FiveStar Food Service, Individually And Officially
④ Kylie Brannan - Individually
Defendant's Name and Address
⑤ Sgt Martinez - Individually
⑥ Albert Garnicka - Individually And officially
Defendant's Name and Address
( DO NOT USE "ET AL.")
⑦ Thoran O'Neal Woodard - Individually And officially

**JURY DEMAND**

## INSTRUCTIONS - READ CAREFULLY

NOTICE:

Your complaint is subject to dismissal unless it conforms to these instructions and this form.

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

## Additional Defendants

(8) **Sgt Tracie Sasin** — Ms Sasin is a shift supervisor at the Detention Center. She is being sued in her individual capacity. She can be located at the Lubbock County Sheriff's Dept. This defendant has acted and continues to act under color of state law.

(9) **DRT Price (John Doe #1)** — Mr. Price (first name unknown) is a DRT Member. He can be located at the Lubbock County Sheriff's office. He is being sued in his individual capacity. This defendant has acted and continues to act under color of state law.

(10) **Nurse Alaniz** — Ms. Alaniz is employed by WellPath Medical Services at the LCDC. She can be located at 3502 N. Holly Lubbock, Tx. 79408. This defendant is being sued in her individual and official capacities. She has acted and continues to act under color of state law.

(11) **Stephanie Brown** — Ms Brown is a Nurse Practitioner employed by Wellpath Medical Services at Lubbock County Detention Center. She is being sued in her individual capacity. She has acted and continues to act under color of state law. She can be located at the LCDC, Lubbock Tx.

(12) **Kelly Rowe** — Mr Rowe is the Sheriff of Lubbock County. He has acted, and continues to act under color of state law at all times relevant to this complaint. He can be located at the Lubbock County Sheriff's office.

(13) **DRT Eaton (John Doe #2)** — Mr Eaton works at the LCDC. He is a member of the "DRT" Unit. This defendant has acted and continues to act under color of state law. He is being sued in his individual capacity (and) official capacity.

(14) **Michelle Martinez** — is the Disciplinary Coordinator for the LCDC. She has acted and continues to act under color of state law. She is being sued in her individual capacity. She can be located at the LCDC.

(15) **A. Montemayor** — is the Law Library Sup/Disc Coord. She is being sued in her individual capacity. She has acted and continues to act under color of state law. She can be located at the Lubbock County Detention Facility.

②

NAME: _____ SO#: _____ Inmate Deposits by phone:
Case 5:22-cv-00104-H   Document 1   Filed 04/28/22   Page 3 of 13   PageID 3 866-345-1884;
ALL INFORMATION ABOVE MUST BE FILLED OUT COMPLETELY AND CORRECT OR THE ORDER WILL NOT BE FILLED www.accesscorrections.com

# LUBBOCK COUNTY COMMISSARY MENU

Revised 11/15/2021

** All the prices include sales tax where applicable **

| QTY. | # | BEVERAGES | PRICE | W/ TAX |
|---|---|---|---|---|
| | 2015 | Freeze Dried Coffee | $5.90 | $5.90 |
| | 2041 | French Vanilla Cappuccino 8oz | $3.80 | $3.80 |
| | 2070 | Hot Cocoa (single serve) | $0.60 | $0.60 |
| | 2099 | Instant Non Fat Dry Milk | $4.45 | $4.45 |
| | 2428 | Faygo Grape Soda 20 oz | $2.10 | $2.27 |
| | 2429 | Faygo Orange Soda 20 oz | $2.10 | $2.27 |
| | 2431 | Faygo Cola Soda 20 oz | $2.10 | $2.27 |
| | 2432 | Faygo Root Beer 20 oz | $2.10 | $2.27 |
| | 2352 | Faygo Moon Mist 20 oz | $2.10 | $2.27 |
| | 2504 | Hawaiian Punch Sugar Free LemonLime (8pk singles) | $3.20 | $3.46 |
| | 3044 | Hawaiian Punch Sugar Free Lemon Berry Squeeze (8pk singles) | $3.20 | $3.46 |
| | 2506 | Hawaiian Punch Sugar Free Polar Blast (8pk singles) | $3.20 | $3.46 |
| | 2082 | Keefe Single Serve Creamer | $0.40 | $0.40 |
| | 2214 | Sweet-Mate Sugar Substitute 10pk | $1.65 | $1.65 |
| | | **FOOD** | | |
| | 2035 | Salt 10pk | $0.62 | $0.62 |
| | 2036 | Pepper 10pk | $0.62 | $0.62 |
| | 2596 | Cream Cheese w/ Jalapenos 2oz | $1.60 | $1.60 |
| | 2669 | Spicy Cheesey Refried Beans | $2.60 | $2.60 |
| | 2675 | Yellow Corn Tortillas 12ct | $2.40 | $2.40 |
| | 2715 | Kellogg's Frosted Flakes 3.6oz | $3.10 | $3.10 |
| | 2716 | Kellogg's Froot Loops 3.1oz | $3.10 | $3.10 |
| | 2789 | Tapatio Hot Sauce 5oz | $2.10 | $2.10 |
| | 3004 | Peanut Butter Cream Cookies 6oz | $2.25 | $2.25 |
| | 3035 | Chocolate Chip Cookies 6oz | $2.25 | $2.25 |
| | 3040 | Snack Legends Iced Oatmeal Cookies 6oz | $2.25 | $2.25 |
| | 3020 | Oreo Cookies | $1.48 | $1.48 |
| | 3198 | Toast Ems Toaster Pastries Strawberry 2pk | $1.40 | $1.40 |
| | 3157 | Saltine Crackers (sleeve) | $1.10 | $1.10 |
| | 3230 | Peanut Butter Wafers | $0.80 | $0.80 |
| | 3231 | Oatmeal Cream Pie | $0.55 | $0.55 |
| | 3260 | Crumb Coffee Cake | $1.68 | $1.68 |
| | 3236 | Swiss Rolls | $0.85 | $0.85 |
| | 3245 | Dunking Sticks | $0.67 | $0.67 |
| | 3248 | Iced Cinnamon Rolls 4oz | $2.00 | $2.00 |
| | 3274 | Iced Honey Bun 6oz | $2.10 | $2.10 |
| | 3535 | Velveeta Jalapeno Cheese Spread 2oz | $1.28 | $1.28 |
| | 3585 | Summer Sausage 5oz | $3.55 | $3.55 |
| | 4185 | Apple Danish | $1.78 | $1.78 |
| | 4430 | Blueberry Cheese Danish 4.25oz | $1.90 | $1.90 |
| | 4431 | Strawberry Cheese Danish 4oz | $1.90 | $1.90 |
| | 4460 | Instant Mashed Potatoes 4 oz. | $2.47 | $2.47 |
| | 4508 | Brushy Creek Chicken Vienna Sausage 5oz | $2.60 | $2.60 |
| | 4525 | Brushy Creek Mexican Style Chicken Stew 8oz | $4.75 | $4.75 |
| | 4529 | Brushy Creek Cajun Rice w/Chicken & Sausage | $5.00 | $5.00 |
| | 6016 | Lime Chili with Shrimp Ramen Noodles 3oz | $1.05 | $1.05 |
| | 6018 | Texas Beef Ramen Noodles 3oz | $1.05 | $1.05 |
| | 6026 | Chili Ramen Noodles 3oz | $1.05 | $1.05 |
| | 6046 | Chicken Ramen Noodles 3oz | $1.05 | $1.05 |
| | 6052 | Hot & Spicy Vegetable Ramen Noodles 3oz | $1.05 | $1.05 |
| | 6050 | Instant White Rice | $2.35 | $2.35 |
| | 6173 | Brushy Creek Chili with Beans Pouch 11.25oz | $3.66 | $3.66 |
| | 6174 | Brushy Creek Hot Chili w/ Beans 11.25oz | $3.66 | $3.66 |
| | 6262 | Mayo 12pk | $1.75 | $1.75 |
| | 6263 | Mustard 12pk | $0.55 | $0.55 |
| | 6294 | BC Italian Style Pasta Sauce 4oz | $1.56 | $1.56 |
| | 6300 | Hickory Smoked Twin Beef Sticks | $1.85 | $1.85 |
| | 6412 | Grape Jelly 1oz | $0.55 | $0.55 |
| | 6415 | Peanut Butter 1.12oz | $1.00 | $1.00 |
| | 6421 | Kraft Ranch Salad Dressing 1.5oz | $0.90 | $0.90 |
| | 6471 | Maple Brown Sugar Instant Oatmeal (Single Serve Packet) | $0.73 | $0.73 |
| | 6500 | Hot Pickle 8oz | $1.65 | $1.65 |
| | 6507 | Jalapeno Pepper Slices .7oz | $0.99 | $0.99 |
| | 6512 | Keefe---Louisianna Hot Sauce | $1.80 | $1.80 |
| | 6600 | Tortillas (6 count) | $2.10 | $2.10 |
| | 6610 | Plain Bagel 4oz | $1.15 | $1.15 |
| | 6612 | Cinnamon Raisin Bagel 4oz | $1.15 | $1.15 |
| | 6700 | C.A. Refried Beans 8oz | $3.70 | $3.70 |
| | 6757 | Hormel Spam Single 3oz | $2.90 | $2.90 |
| | | **CANDY** | | |
| | 4001 | Peanut M & M's | $1.60 | $1.73 |
| | 4010 | Snicker's Bar | $1.60 | $1.73 |
| | 4019 | Chick-O-Stick | $0.75 | $0.81 |
| | 4024 | Sour Patch Kids Watermelon 3oz | $1.60 | $1.73 |
| | 4032 | 3 Musketeers | $1.60 | $1.73 |
| | 4035 | Reese's Peanut Butter Cups | $1.60 | $1.73 |
| | 4031 | Twix | $1.40 | $1.52 |
| | 4100 | Butterscotch Buttons 4.25oz | $1.70 | $1.84 |
| | 4146 | Atomic Fire Balls 3oz | $1.80 | $1.95 |
| | 4152 | EZ Digbys All-Stars 3.75oz | $1.91 | $2.07 |
| | 4156 | Vanilla Caramels 3oz | $1.80 | $1.95 |
| | 4164 | Chewy Lemonheads Fruit Mix 4oz | $1.75 | $1.89 |
| | | **CHIPS** | | |
| | 6683 | Jalapeno Pretzel Pieces | $1.85 | $2.00 |
| | 6083 | White Cheddar Popcorn 5oz | $2.50 | $2.70 |
| | 6097 | BBQ Corn Nuts 1.4oz | $1.35 | $1.46 |
| | 6126 | Sour Cream & Onion Chips 1.5oz | $1.50 | $1.62 |
| | 6127 | Pork Skins 2oz | $1.95 | $2.11 |
| | 6153 | Buffalo Wing & Blue Cheese Chips 1.5oz | $1.50 | $1.62 |
| | 6159 | Frito Lay Flamin Hot Cheetos 1.75oz | $1.70 | $1.84 |
| | 6167 | Frito Lay Cheetos 2oz | $1.70 | $1.84 |
| | 6208 | Student Mix (Nuts, raisins, chocolate candy) | $1.90 | $1.90 |
| | 6349 | CA Whole Enchilada Party Mix 11oz | $3.80 | $3.80 |
| | 6606 | Moon Lodge Salted Peanuts 1.75oz | $1.05 | $1.14 |
| | 6869 | Whole Shabang Extreme Ripple Chips | $1.40 | $1.52 |

| QTY. | # | BEVERAGES | PRICE | W/ TAX |
|---|---|---|---|---|
| | 0001 | Balsam Shampoo 4oz | $1.39 | $1.50 |
| | 0002 | Balsam Conditioner 4oz | $1.39 | $1.50 |
| | 0020 | Dandruff Shampoo 4oz | $1.39 | $1.39 |
| | 0050 | Blue Magic Hair Care 4oz | $2.49 | $2.70 |
| | 0106 | Power-Up Women's Deodorant-Bloom Scent 2.5oz | $3.33 | $3.60 |
| | 0102 | Power-Up Men's Deodorant-Force Scent 2.5oz | $3.33 | $3.60 |
| | 0193 | Athlete's Foot Cream .5 oz | $1.80 | $1.80 |
| | 0210 | Skin Care Lotion 4oz | $1.39 | $1.50 |
| | 0215 | Cocoa Butter Lotion 4oz | $1.39 | $1.50 |
| | 0260 | Muscle Rub 3.0 oz | $4.00 | $4.00 |
| | 0270 | Chapstick | $2.75 | $2.75 |
| | 0320 | Magic Shave Regular 6oz | $6.25 | $6.77 |
| | 0331 | Pro-Tection Shave Cream 7oz | $4.16 | $4.50 |
| | 0397 | Next1 Cocoa Butter Bar Soap 5oz | $1.90 | $2.06 |
| | 0398 | Dial Soap | $3.25 | $3.25 |
| | 0426 | Next1 Sports Bar Soap 5oz | $1.90 | $1.90 |
| | 0447 | Cool Wave Toothpaste 4oz | $3.35 | $3.35 |
| | 0491 | Soap Dish | $0.64 | $0.69 |
| | 0580 | Toothbrush Holder | $0.65 | $0.70 |
| | 0581 | APAP-Like Extra Strength Tylenol (2 pack) | $0.65 | $0.65 |
| | 0583 | Iprin - Like Advil (2 pack) | $0.70 | $0.70 |
| | 0587 | Security Toothbrush | $0.40 | $0.43 |
| | 0590 | Denture Tablet | $3.45 | $3.73 |
| | 0596 | Denture Bath | $3.75 | $4.06 |
| | 0598 | Oral Pain Relief (Maximum Strength Gel) | $2.60 | $2.60 |
| | 0671 | Cherry Cough Drops | $2.00 | $2.00 |
| | 0706 | Contact Lens Case | $1.25 | $1.35 |
| | 0711 | Sanitary Napkins (10 count) | $2.08 | $2.25 |
| | 0760 | Cotton Swabs | $1.30 | $1.41 |
| | 0784 | Staydent Adhesive | $5.25 | $5.25 |
| | 0800 | 5 Inch Comb | $0.27 | $0.29 |
| | 0815 | Brush - no handle | $2.27 | $2.46 |
| | 0825 | Small Afro Pik | $0.65 | $0.70 |
| | 0855 | Ponytail Holder | $0.25 | $0.27 |
| | 3692 | Multi-Purpose Solution | $2.50 | $2.71 |
| | | **CLOTHING** | | |
| | 1504 | T-Shirt - Sm | $2.91 | $3.15 |
| | 1505 | T-Shirt - Med | $2.91 | $3.15 |
| | 1506 | T-Shirt - Lg | $2.91 | $3.15 |
| | 1507 | T-Shirt - XL | $2.91 | $3.15 |
| | 1508 | T-Shirt - 2XL | $2.91 | $3.15 |
| | 1509 | T-Shirt - 3XL | $2.91 | $3.15 |
| | 3652 | T-Shirt - 5XL | $4.75 | $5.14 |
| | 3842 | Mens Boxer - Sm | $3.90 | $4.22 |
| | 3843 | Mens Boxer - Med | $3.90 | $4.22 |
| | 3844 | Mens Boxer - Lg | $3.90 | $4.22 |
| | 3845 | Mens Boxer - XL | $3.90 | $4.22 |
| | 3846 | Mens Boxer - 2XL | $3.90 | $4.22 |
| | 1534 | Mens Boxer - 3XL | $4.90 | $5.30 |
| | 1496 | Mens Boxer - 5XL | $5.55 | $6.01 |
| | 1540 | Socks | $1.85 | $2.00 |
| | 1550 | Thermal Top - Sm | $9.74 | $10.54 |
| | 1551 | Thermal Top - Med | $9.74 | $10.54 |
| | 1552 | Thermal Top - Lg | $9.74 | $10.54 |
| | 1553 | Thermal Top - XL | $9.74 | $10.54 |
| | 1554 | Thermal Top - 2XL | $9.74 | $10.54 |
| | 1555 | Thermal Top - 3XL | $9.74 | $10.54 |
| | 1495 | Thermal Top - 5XL | $10.54 | $11.41 |
| | 1560 | Thermal Bottoms - Sm | $9.74 | $10.54 |
| | 1561 | Thermal Bottoms - Med | $9.74 | $10.54 |
| | 1562 | Thermal Bottoms - Lg | $9.74 | $10.54 |
| | 1563 | Thermal Bottoms - XL | $9.74 | $10.54 |
| | 1564 | Thermal Bottoms - 2XL | $9.74 | $10.54 |
| | 1565 | Thermal Bottoms - 3XL | $9.74 | $10.54 |
| | 1494 | Thermal Bottoms - 5XL | $10.54 | $11.41 |
| | 1650 | Womens Panties (small) Sz. 6 | $4.06 | $4.39 |
| | 1651 | Womens Panties (medium) Sz. 8 | $4.06 | $4.39 |
| | 1652 | Womens Panties (large) Sz. 10 | $4.06 | $4.39 |
| | 1653 | Womens Panties (xlarge) Sz. 11 | $4.06 | $4.39 |
| | 1697 | Womens Panties (2xl) Sz. 12 | $4.06 | $4.39 |
| | 8388 | Sports Bra (size 34) | $9.74 | $10.54 |
| | 8389 | Sports Bra (size 36) | $9.74 | $10.54 |
| | 8390 | Sports Bra (size 38) | $9.74 | $10.54 |
| | | **GENERAL MERCHANDISE** | | |
| | 1001 | Large Stamped Envelope | $0.76 | $0.76 |
| | 1015 | Manilla Envelope | $0.40 | $0.40 |
| | 1046 | Wireless Wide-Ruled Notebook | $3.00 | $3.25 |
| | 1049 | First-Class Postage Stamp | $0.55 | $0.55 |
| | 1070 | Sketch Pad, 8.5x11", White | $1.75 | $1.89 |
| | 1075 | Golf Pencil | $0.35 | $0.38 |
| | 1080 | Colored Pencils - 24 pk. | $6.00 | $6.50 |
| | 1085 | Eraser | $1.00 | $1.08 |
| | 1121 | Greeting Cards | $1.71 | $1.85 |
| | 1300 | Playing Cards | $3.00 | $3.25 |
| | 1400 | Bowl with Lid | $1.37 | $1.48 |
| | 1432 | Wash Cloth - Beige | $1.90 | $2.06 |
| | 1440 | Bath Towel - Beige | $5.89 | $6.38 |
| | | **READING GLASSES** | | |
| | 5273 | Reading Glasses, 1.25 | $7.50 | $8.12 |
| | 5274 | Reading Glasses, 1.50 | $7.50 | $8.12 |
| | 5275 | Reading Glasses, 1.75 | $7.50 | $8.12 |
| | 5276 | Reading Glasses, 2.00 | $7.50 | $8.12 |
| | 5277 | Reading Glasses, 2.25 | $7.50 | $8.12 |
| | 5278 | Reading Glasses, 2.50 | $7.50 | $8.12 |
| | 5279 | Reading Glasses, 2.75 | $7.50 | $8.12 |
| | 5281 | Reading Glasses, 3.25 | $7.50 | $8.12 |

Additional Defendants

(16) C. LARA - This defendant is being sued in her individual capacity. She has acted and continues to act under color of state law at all times relevant to the filing of this complaint. She is employed by the Lubbock County Sheriffs Office and can be located at the Lubbock County Detention Center.

(17) DRT * LEE (John Doe) - This defendant is a member of LCDC DRT. He has acted and continues to act under color of state law at all times. He is being sued in his individual capacities. He can be located at the Lubbock Co. Sheriffs Office.

(18) DRT * J. Johnson * - This defendant is a member of LCDC DRT. He has acted and continues to act under color of state law at all times. He is being sued in his individual capacity. He can be located at the Lubbock County Sheriffs Office.

(19) DRT * J. Andrist - This defendant is a member of LCDC DRT. He has acted and continues to act under color of state law at all times. He is being sued in his individual capacity. He can be located at the Lubbock Co Sheriffs Office.

(20) Nurse Carillo - This Defendant is employed by Wellpath Medical Services. Ms. Carillo works at the LCDC, and she can be located there. She is being sued in her individual capacity. She has acted and continues to act under color of state law at all times relevant to this complaint.

(21) DRT * Antone - This Defendant is a member of the LCDC DRT (Disciplinary Response Team) He can be located there. He is being sued in his individual and official capacity. He has acted and continues to act under color of state law at all times relevant to the filing of this complaint.

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

    A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___ YES  **X** NO

    B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1. Approximate date of filing lawsuit: __N/A__
        2. Parties to previous lawsuit:
           Plaintiff(s) __N/A__
           Defendant(s) __N/A__
        3. Court: (If federal, name the district; if state, name the county.) __N/A__
        4. Cause number: __N/A__
        5. Name of judge to whom case was assigned: __N/A__
        6. Disposition: (Was the case dismissed, appealed, still pending?) __N/A__
        7. Approximate date of disposition: __N/A__

II. PLACE OF PRESENT CONFINEMENT: Lubbock County Detention Center

III. EXHAUSTION OF GRIEVANCE PROCEDURES:
Have you exhausted all steps of the institutional grievance procedure?  X YES  ___NO
Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:
A. Name and address of plaintiff: Marcus D. Woodson
P.O. Box 10353. LCDC. Lubbock TEXAS 79408

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Lubbock County

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you. Subjected Plaintiff to Unconstitutional Conditions of Confinement. Totality of conditions violate plaintiffs 8th And 14th Amendmen Rights. Deliberate Indifference to Plaintiffs Safety And Wellbeing

Defendant #2: Well Path Medical Services, formerly CCS Headquartered in Dallas- Address of this Defendant UNK

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you. Medical Negligence. Deliborate Indifference to Serious Medical Needs And Constituted Unnecessary And Wanton Infliction of Pain And Suffering.

Defendant #3: Kylie Brannan - jailer, At the Detention Facility. Ms Brannan, can be located At P.O. Box 10536, Lubbock Tx 79408 Sued in her individual capacity

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you. Tampered, impeded, And obstructed plaintiffs mail by withholding Tablet. Withheld Tablet to prevent plaintiff from reporting sexual

Defendant #4: Albert Garnica. - Sheriff's Office Employee Jailer He can be located At P.O. Box 10536, Lubbock Tx. 79408 Sued in his individual And official capacity

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you. Sexually Assaulted the plaintiff on April 7th, 2022 by rubbing penis on plaintiff

Defendant #5: Sgt Martinez - LCDC Employee Can be located LCDC - Sheriffs Office, 3205 N. Holley. Lubbock Tx 79408 Sued in his individual And official capacity

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you. Allowed the Attack to occur And then tried to cover it up

#6) Thoran Woodard DET Participated in the Sexual Assault against the Plaintiff on April 7th, 2022, And Conspired with other defendants to cover up the crime. Being sued in his individual capacity. All defendants acted And continued to act under color of state Law.

(5)

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT. Unconstitutional Conditions of Confinement. Totality of Conditions violate Plaintiffs 1, IV, V, VI, VIII, And XIV Amend, U.S. Const. And Equal Protection of The Law. Mr Woodson Also brings forth claims that on April 7th, 2022 Mr Woodson (the Plaintiff) was subjected to Sexual Assault, Deprivation of food, Constant illumination in his cell, deprivation of Adequate Clothes, Unconstitutional Disciplinary procedures, Inadequate Medical Care, Due Process Violations, Plaintiff has been subjected to Abusive treatment, unprovoked uses of force, being Stalked by DRT, Harrasment Unconstitutional policies, customs of Lubbock County caused the deprivations when it Established And implemented policy And procedures, where a series of acts And omissions which occured by the Sheriff who had final policy making authority And full control over all operations within the LCDC And was the moving force behind

VI. RELIEF: Acts that took place at LCDC. Plaintiff was sexually assaulted by Woodard And Garnica on April 7th, 2022. Defendants Sasin, Brannan And Martinez failed to Act.

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. Grant punitive damages in the Amount of $5,000,000 Against Lubbock County, Grant compensatory damages in the amount of 125,000 Against individual defendants, $2 million Against Sheriff Kelly Rowe for pain and suffering, mental Anguish And Emotional distress as a Result of the Sexual Assault. $2 million Against Sgt Sasin And Sgt Martinez And Woodard. $2 million Against Garnica for Assault And Battery. Grant Any And All Additional Relief This Court Deems Neccessary

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.
No Aliases. Marcus DeShawn Woodson

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.
517518, 527852

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____ YES X NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): N/A
2. Case number: N/A
3. Approximate date sanctions were imposed: N/A
4. Have the sanctions been lifted or otherwise satisfied? ____ YES ____ NO / N/A



# "CLAIMS"

**Claim #1:** Unconstitutional Conditions of Confinement. Totality of those Conditions violate Plaintiff's I, VI, VIII, XIV Amendment Right to the U.S. Const. when the defendant deprived the Plaintiff of basic neccessities to sustain human life.

**Supporting Facts:** Defendants Lubbock County, Kelly Rowe, Five Star Foods, Wellpath Medical Services, (Formerly CCS, Critical Care Solutions) implemented policies and procedures that caused the constitutional deprivations of lack of food, lack of Adequate Medical Care, lack of Adequate clothing and blankets to sustain warmth, lack of nutritious food and meals, and inadequate serving sizes, to prevent inmate weight loss deprivation of mail, and censorship of mail, denial of sanitation (denial of) access to the courts, denial of right to redress of grievances in a timely manner, unconstitutional acts of "price gouging" to criminally and illegally deprive offenders and Plaintiff of money through medical, and commissary, to excercise freedom of speech freely without the threat of punishment, and being subjected to unconstitutional cell restriction without due process of law, And that defendant Lubbock County's elected officer, Defendant Kelly Rowe, Sheriff was granted the sole responsibility for the day to day management and operation of the Lubbock County Detention Center in compliance with State and Federal Law, to supervise, manage, operate and control and direct the performance of the details incident to the County's duties and obligations, and that the unlawful policies, and customs and practices that flowed from the Sheriffs legal Authority, violated Plaintiffs Rights. The unlawful policies, and regulations, that were unconstitutional and caused Plaintiffs injuries, and that Lubbock County was the moving force behind the unconstitutional conditions within the Lubbock Co. Det. Center.

## Claim #2

Defendants WellPath Med. Services, Lubbock Co. intentionally deprived the Plaintiff of Adequate Medical Care, and were Medically negligent in causing Plaintiff Intentional Infliction of pain And suffering, cruel and unusual treatment, deliberate Indifference to serious Medical Needs. Manifested by intentional delay in treatment, causing the plaintiff to suffer mental anguish And emotional distress in violation of his VIII Amend. U.S. Const.

Supporting Facts: On Sept 30, 2021, plaintiff was arrested. In the ensuing struggle, officers of the Lubbock County Police Dept. tore ligaments in the Plaintiffs right shoulder. Upon Arrival At the Lubbock County Detention Center, Plaintiff immediately yelled out in pain as the cuffs were being removed, And repeatedly asked for medical assistance for shoulder pain, And possible shoulder injury. Because of the pain Plaintiff could not lift, or extend, his right Arm, and continued to experience pain And discomfort over the next few weeks. Plaintiff submitted numerous Sick Call Requests to Wellpath Medical Services, the contract medical services provider for Defendants Lubbock County, seeking X-Rays and treatment. Plaintiff was told that no X-Rays were needed And that it was a possible sprain. Plaintiff was prescribed Ibuprofen twice a day. Over the course of 12 weeks, Plaintiff was seen numerous times complaining of severe shoulder pain And requesting outside treatment And MRI to see if shoulder had torn ligaments. Again Wellpath Medical Services failed to do so. Plaintiff was seen by Wellpath Nurse Practitioner Kevin Cole, FNP. And Again complained of severe pain And Wellpath provided no care nor

(8)

Claim #2 Supporting Facts Con't

Access to Appropriate treatment, or qualified medical personnel. Plaintiff complained to Natalie Dennings, and Mary Carillo, that he could not sleep, and, or, sleep on his right side due to the throbbing pain, and when Plaintiff requested X-Rays and MRI, Defendants Carillo, and Dennings had the plaintiff removed from the medical dept, and deliberately lied to prison guards that "He's been seen by the Doctor who diagnosed him as just having a sprain", and theres Nothing wrong with him, and no further treatment is needed. Plaintiff asserts that the defendants Dennings, Carillo, Lubbock County, Kelly Rowe, Wellpath Medical Services acted with deliberate indifference to plaintiff's serious medical needs in violation of his VIII Amendment Rights. U.S. Const Amend. 8 by failing to refer him to Qualified Medical Personnel who could treat the injury.

Claim #3: Defendants Kelly Rowe, Lubbock County, Sgt Martinez, Tracie Sasin, Kylie Brannan, Eaton, Price, Andrist, Woodard and Garnica on April 7th 2022, subjected Plaintiff to Cruel and unusual punishment, and Denial of Due Process of Law, and Retaliation in violation of Plaintiff's 1st, 8th, and 14th Amendment Rights to the U.S. Constitution when the Defendants allowed officers Woodard and Garnica to carry out a Sexual Assault against the Plaintiff, and then failed to report or investigate the incident until April 8th, when Plaintiff reported the assault at 3:00 pm on April 7th, 2022, the defendants then retaliate by Moving the Plaintiff the morning of April 8 to Ad-Seg, punishing the Plaintiff for making allegations against Garnica and Woodard.    ⑨

Claim #(3) Cont

Supporting Facts: On April 7th, 2022, The plaintiff, who had previously, minutes before the sexual assault occurred, been in an altercation with DRT Member Thoran O'Neal Woodard, in which this defendant had keyed the Plaintiff's cell door, and physically assaulted, and wrestled the plaintiff, thereby injuring or re-injurying Plaintiff's right shoulder by snatching the the tablet out of the hands of the plaintiff, and slamming his arm up against the frame of the door. Defendant Brannan who was assigned to work in the 3D Control Booth was immediately notified about the incident, and the Plaintiff requested to speak with Defendant Sasin who was the Sgt for Zone(1) Defendant Brannan, intercommed the plaintiff, and advised the plaintiff that Defendant Sgt Sasin had been notified. Plaintiff then informed Defendant Brannan that he needed medical attention because his arm is hurting and that it was same arm where his injured shoulder was. Defendant Brannan replied, quote "Well im sorry, did he break it?, because unless you can prove that, your not hurt, and im not calling medical for you. You should have gave up the tablet." unquote Defendant Sasin never came to 3D Pod to talk to the Plaintiff

Approx 45 minutes later, Officer Woodard and Garnica Returned to plaintiffs cell. Officer Woodard again keys Plaintiffs cell door, and tells the plaintiff to face the wall, and put his hands on the wall, or force will be used. Defendant Woodard unsnapped the holder button to his side arm taser and activated the triggering mechanism. Defendant Garnica did the

⑩

Supporting Facts Claim #3 cont:

same. The Plaintiff, realizing that these officers had previously engaged in unprovoked assaults against numerous inmates within the LCDC, walked toward the front of the cell and told Woodard that "Okay, but im going to do this by the door so that i could be in view of the camera's on the ceiling." Defendant Woodard then told the Plaintiff, "No, move further to the back of your cell" And then pointed to the back wall and told the Plaintiff - "Face the wall and put both of your hands on the wall and that if you take your hands off the wall, force will be used." When the Plaintiff complied, Defendant Garnica moved in quickly placing his right hand on Plaintiffs Right shoulder, and pressed the plaintiffs body up against the wall, with his entire body. Defendant Garnica then goes to telling Plaintiff (quote) "Who's the bitch now Woodson, your a pussy, move off the wall so that i can tase your ass". unquote. Defendant Garnica then went to pressing his pelvic area up against Plaintiff's buttocks, grinding, and rotating his hips to simulate sexual intercourse, attempting to provoke the Plaintiff to justify using force. When the Plaintiff told Garnica that he was gay, Garnica again told the Plaintiff that he was a pussy, and, what was he going to do about it? The plaintiff who was under "duress" with a taser aimed at the middle of his back, mouthed off several obscenities to Woodard, and told them to exit his cell.

(11)

Supporting Facts, Cont Claim #3:

When both officers exited the cell, Plaintiff immediately notified Defendant Brannan over the intercom, and advised her that a sexual assault had just occured, and that I needed to report (and) file a "PREA" claim against Woodard, and Garnica for the assault. Plaintiff also told defendant Brannan that a supervisor should immediately be notified in regards to the sexual assault. This was at 3:00 p.m. Defendant Brannan said, "when did it happen, cause i didnt see it, so im not calling about it." If Sgt Sasin comes to the pod, ill let her know."

Defendant Brannan approx (30) minutes later comes back on over the intercom, and says that she has notified Sgt Sasin about your claims, and she said she's busy, and if she gets time, she'll come down. Sgt Sasin never appeared. Both defendants Brannan and Sasin, and Woodard and Garnica ended thier shifts, and went home, without reporting the sexual assault, or allowing the Plaintiff to speak to a Supervisor.

Plaintiff Woodson, again made dutiful attempts to speak with a supervisor when the next shifts officers arrived, and relieved Brannan and Woodard. Officer's Finney, Radford, and Defendant Johnson were again notified of the sexual assault, and that the Plaintiff needed to file a "PREA" allegation against both Officers, who had assaulted him. Officer Radford told the Plaintiff that he relayed the message to Central Control, and that they told him, that one would be down to see him (the Plaintiff) if he finds the time. No supervisor came to speak with the plaintiff on April 4th about the assault.