UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

MARCUS D. WOODSON,
Institutional ID No. 79520

                Plaintiff,

v.

LUBBOCK COUNTY, *et al.*,

                Defendants.

No.  5:22-CV-00104-H

## JUDGMENT

For the reasons stated in the Court's order entered today, it is ordered, adjudged, and decreed that Plaintiff's civil-rights complaint is dismissed pursuant to the three-strikes provision of 28 U.S.C. § 1915(g).

Dated ___August 8___, 2022.

_____
JAMES WESLEY HENDRIX
United States District Judge